**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------X
In re:                                                    CHAPTER 13

JOSEPH HANDERHAN
MARY HANDERHAN                              CASE NO.:08-43424
                                                          SECOND AMENDED
           Debtor.                               CHAPTER 13 PLAN
-------------------------------X

1.   The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the **Trustee the sum of $1,557.00 for one month, followed by the sum of $1,570.00 monthly for the remaining 59 months.**

2.   From the payments so received, the trustee shall make disbursements as follows:

   (a)   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507, **10% Trustee's Commission.**

   (b)   Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

         POST PETITION CAR PAYMENTS WILL BE MADE OUTSIDE THE PLAN BY THE DEBTOR.

         AMERICREDIT TO RECEIVE $910.00 OVER THE LIFE OF THE PLAN FOR ARREARS AND LATE FEES.

         NYS DEPARTMENT OF TAXATION AND FINANCE TO RECEIVE $25.00 FOR UNPAID INCOME TAXES.

         IRS to receive $18,526.93 over the life of the plan for unpaid income taxes.

         P.A. DEPARTMENT OF REVENUE TO RECEIVE $4,475.00 OVER THE LIFE OF THE PLAN FOR INCOME TAX DEBTS.

   (c)   Subsequent to - pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

         The balance to unsecured creditors who file timely proofs of claim.

         Unsecured creditors to receive not less than 100% of their timely filed proofs of claim.

      Unsecured creditors who do not file timely proofs of claim will receive no distribution under the plan.

3. The following executory contracts of the debtor are rejected.

      n/a.

Dated:    August 15, 2008
            Brooklyn, New York

                                              /s
                                       JOSEPH HANDERHAN

                                              /s
                                       MARY HANDERHAN

BRUCE WEINER, ESQ.
26 Court Street, Ste. 2211
Brooklyn, NY 11242
(718) 855-6840